**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: GERMAN AUTOMOTIVE ANTITRUST LITIGATION | MDL DOCKET NO. 2796 |

**CERTIFICATE OF SERVICE**

I, Bruce L. Simon, hereby certify that on August 8, 2017, I caused a copy of **NOTICE OF RELATED ACTION** and this **CERTIFICATE OF SERVICE** to be filed and served to the attorneys registered in this case **BY CM/ECF NOTICE OF ELECTRONIC FILING** and also caused said documents to be served by the means set forth in the attached service list.

DATED: August 8, 2017              **PEARSON, SIMON & WARSHAW, LLP**

By:   */s/ Bruce L. Simon*
            BRUCE L. SIMON

BRUCE L. SIMON
  *bsimon @pswlaw.com*
NEIL SWARTZBERG
  *nswartzberg@pswlaw.com*
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008

DANIEL L. WARSHAW
  *dwarshaw@pswlaw.com*
MICHAEL H. PEARSON
  *mpearson@pswlaw.com*
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:  (818) 788-8104

874310.1

W. JOSEPH BRUCKNER
  *wjbruckner@locklaw.com*
ROBERT K. SHELQUIST
  *rkshelquist@locklaw.com*
ANNA HORNING NYGREN
  *amhorningnygren@locklaw.com*
KRISTEN G. MARTTILA
  *kgmarttila@locklaw.com*
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981

STEVEN A. HART
  *shart@hmelegal.com*
**HART MCLAUGHLIN & ELDRIDGE, LLC**
121 West Wacker Drive, Suite 1050
Chicago, IL 60601
Telephone:  (312) 955-0545
Facsimile:  (312) 971-9243

JOHN R. MALKINSON
  *jmalkinson@mhtriallaw.com*
**MALKINSON & HALPERN, P.C.**
33 N. Dearborn Street, Suite 1540
Chicago, IL 60602
Telephone:  (312) 427-9600
Facsimile:  (312) 750-1912

ALLAN STEYER (CA SBN 100318)
  *asteyer@steyerlaw.com*
Jill M. Manning (CA SBN 178849)
  *jmanning@steyerlaw.com*
D. Scott Macrae (Bar No. 104663)
  *smacrae@steyerlaw.com*
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94111
Telephone:  (415) 421-3400
Facsimile:  (415) 421-2234

2

874310.1

3

TODD M. SCHNEIDER (CA SBN 158253)
  *tschneider@schneiderwallace.com*
KYLE G. BATES (CA SBN 299114)
  *kbates@schneiderwallace.com*
**SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Attorneys for Plaintiffs Glen Reder and Lonny Gold*

**SERVICE LIST**

| COUNSEL/AGENT | PARTY | MANNER OF SERVICE |
|---|---|---|
| Kiry Gray<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>350 West 1st Street<br>Suite 4311<br>Los Angeles CA 90012-4565 | Clerk of Court | Via ECF and U.S. Mail |
| Bruce L. Simon<br>Neil Swartzberg<br>PEARSON SIMON & WARSHAW, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Tel: (415) 433-9000<br>Fax: (415) 433-9008<br>E-Mail: bsimon@pswlaw.com<br>E-Mail: nswartzberg@pswlaw.com<br><br>Daniel L. Warshaw<br>Michael H. Pearson<br>PEARSON SIMON & WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>Tel: (818) 788-8300<br>Fax: (818) 788-8104<br>E-Mail: dwarshaw@pswlaw.com<br>E-Mail: mpearson@pswlaw.com<br><br>W. Joseph Bruckner<br>Robert K. Shelquist<br>Anna Horning Nygren<br>Kristen G. Marttila<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel: (612) 339-6900<br>Fax: (612) 339-0981<br>E-Mail: wjbruckner@locklaw.com<br>E-Mail: rkshelquist@locklaw.com<br>E-Mail: amhorningnygren@locklaw.com<br>E-Mail: kgmarttila@locklaw.com | Counsel for Plaintiffs GlenReder and Lonny Gold | Via E-Mail |

| **COUNSEL/AGENT** | **PARTY** | **MANNER OF SERVICE** |
|---|---|---|
| Steven A. Hart<br>HART MCLAUGHLIN & ELDRIDGE, LLC<br>121 West Wacker Drive, Suite 1050<br>Chicago, IL 60601<br>Tel: (312) 955-0545<br>Fax: (312) 971-9243<br>E-Mail: shart@hmelegal.com<br><br>John R. Malkinson<br>MALKINSON & HALPERN, P.C.<br>33 N. Dearborn Street, Suite 1540<br>Chicago, IL 60602<br>Tel: (312) 427-9600<br>Fax: (312) 750-1912<br>E-Mail: jmalkinson@mhtriallaw.com<br><br>Allan Steyer<br>Jill M. Manning<br>D. Scott Macrae<br>STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP<br>One California Street, Third Floor<br>San Francisco, CA 94111<br>Tel: (415) 421-3400<br>Fax: (415) 421-2234<br>E-Mail: asteyer@steyerlaw.com<br>E-Mail: jmanning@steyerlaw.com<br>E-Mail: smacrae@steyerlaw.com<br><br>Todd M. Schneider<br>Kyle G. Bates<br>SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105<br>E-Mail: tschneider@schneiderwallace.com<br>E-Mail: kbates@schneiderwallace.com | | |

| **COUNSEL/AGENT** | **PARTY** | **MANNER OF SERVICE** |
|---|---|---|
| Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808 | Designated Agent for Service of Process for Defendant **Audi AG** | Via U.S. Mail |
| Corporation Service Company<br>Bank of America Center<br>1111 East Main Street<br>Richmond, Virginia 23219 | Designated Agent for Service of Process for Defendant **Audi of America, Inc.** | Via U.S. Mail |
| Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808 | Designated Agent for Service of Process for Defendant **Audi of America, LLC** | Via U.S. Mail |
| Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Designated Agent for Service of Process for Defendant **Bayerische Motoren Werke AG** | Via. U.S. Mail |
| Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Designated Agent for Service of Process for Defendant **BMW of North America, LLC** | Via U.S. Mail |
| Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Designated Agent for Service of Process for Defendant **Daimler AG** | Via U.S. Mail |
| Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Designated Agent for Service of Process for Defendant **Mercedes-Benz USA, LLC** | Via U.S. Mail |
| Edward R. Christian<br>420 N. 20th Street, Suite 3400<br>Birmingham, AL 35203 | Designated Agent for Service of Process for Defendant **Mercedes-Benz U.S. International, Inc.** | Via U.S. Mail |
| Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Designated Agent for Service of Process for Defendant **Mercedes-Benz Vans, LLC** | Via U.S. Mail |

| COUNSEL/AGENT | PARTY | MANNER OF SERVICE |
|---|---|---|
| Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Designated Agent for Service of Process for Defendant **Dr. Ing. h.c.F. Porsche AG** | Via U.S. Mail |
| Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Designated Agent for Service of Process for Defendant **Porsche Cars of North America, Inc.** | Via U.S. Mail |
| Corporation Service Company<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | Designated Agent for Service of Process for Defendant **Volkswagen AG** | Via U.S. Mail |
| Corporation Service Company<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | Designated Agent for Service of Process for Defendant **Volkswagen Group of America, Inc.** | Via U.S. Mail |